**Robert M. ALLISON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74446.**

Missouri Court of Appeals,
Western District.

Oct. 30, 2012.

Daniel Hunt, Jefferson City, MO, for appellant.

Christopher Wilson, Fulton, MO, for respondent.

Before: ALOK AHUJA, P.J., and VICTOR C. HOWARD and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Appellant Robert Allison was convicted in the Circuit Court of Boone County, following a jury trial, of seven counts of delivery of a controlled substance. He was sentenced to twenty years' imprisonment on each count, with the sentences ordered to run concurrently. Allison filed a Rule 29.15 motion for post-conviction relief alleging that his trial counsel was ineffective because he failed to call Allison to testify on his own behalf, despite Allison's request. The circuit court denied Allison's post-conviction relief motion following an evidentiary hearing. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).